**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

| | |
|---|---|
| **In re:**<br>Kenneth Wayne Allen<br>4437 Rock Island Dr.<br>Antioch, CA 94509<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br> xxx–xx–9459 | **Case Number:** 05–44488 RN 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

　　　　It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　　It further appears that the trustee, Tevis Thompson in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

　　　　ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.


Dated: 11/10/05　　　　　　　　　　　　　By the Court:


　　　　　　　　　　　　　　　　　　　　　Randall J. Newsome
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 7

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4          User: dberlant           Page 1 of 1              Date Rcvd: Nov 10, 2005
Case: 05-44488                Form ID: ODSC7fi         Total Served: 21
```

The following entities were served by first class mail on Nov 12, 2005.
```
db         +Kenneth Wayne Allen,   4437 Rock Island Dr.,   Antioch, CA 94509-7780
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
smg        +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg        +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
8047952    +Beneficial,   County East Mall,   2640 Somersville Rd.,   Antioch, CA 94509-4428
8047953     Capital One,   P.O. Box 60024,   City Of Industry, CA 91716-0024
8057433    +Citi Cards,   PO Box 6405,   The Lakes, NV 88901-6405
8047954    +Citi Dividend Platinum Select Card,   Box 6000,   The Lakes, NV 89163-0001
8047955    +Citi Platinum Select Card,   P.O. Box 6000,   The Lakes, NV 89163-0001
8057435    +MBNA America,   PO Box 15137,   Wilmington, DE 19886-5137
8047961     Safe America Credit Union,   P.O. Box 11269,   Pleasanton, CA 94588-1269
8073268    +SafeAmerica Credit Union,   6001 Gibraltar Dr.,   Pleasanton, CA 94588-2707
8047962     Wells Fargo Financial Bank,   P.O. Box 5943,   Sioux Falls, SD 57117-5943
8047963     Wells Fargo Financial Bank,   P. O. Box 98793,   Las Vegas, NV 89193-8793
```

The following entities were served by electronic transmission on Nov 11, 2005 and receipt of the transmission was confirmed on:
```
smg          EDI: CALTAX.COM Nov 11 2005 05:59:00     CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
8047952    +EDI: HFC.COM Nov 11 2005 05:59:00     Beneficial,   County East Mall,   2640 Somersville Rd.,
              Antioch, CA 94509-4428
8057434    +EDI: FIRSTUSA.COM Nov 11 2005 05:58:00     Chase,   Cardmember Service,   PO Box 94014,
              Palatine, IL 60094-4014
8047956    +EDI: CALTAX.COM Nov 11 2005 05:59:00     Franchise Tax Board,   Bankruptcy Unit,   P.O. Box 2952,
              Sacramento, CA 95812-2952
8047958    +EDI: IRS.COM Nov 11 2005 05:59:00     Internal Revenue Service,   Fresno, CA 93888-0001
8047957    +EDI: IRS.COM Nov 11 2005 05:59:00     Internal Revenue Service,   Insolvency Group,
              1301 Clay St. #1400S,   Oakland, CA 94612-5217
8047959    +EDI: IRS.COM Nov 11 2005 05:59:00     Internal Revenue Service,   P.O. Box 21126,
              Philadelphia, PA 19114-0326
8047960     EDI: TSYS2.COM Nov 11 2005 05:59:00     Macys,   P. O. Box 4562,   Carol Stream, IL 60197-4562
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 12, 2005**            Signature:  *Joseph Speetjens*